IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LATARSHA D. MITCHELL, o/b/o<br>DEMARIO L. MITCHELL, | : <br>:<br>: | |
| Plaintiff, | :<br>: | |
| vs. | :<br>: | CIVIL ACTION 07-0686-M |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | :<br>:<br>:<br>: | |
| Defendant. | : | |

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney Fees's Pursuant to the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,006.44.

DONE this 3rd day of July, 2008.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE